IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04CR00011-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL E. VIGORITO, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 27, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The violation report was referred to United States Magistrate Judge George J. Limbert who issued a Report and Recommendation on December 9, 2012. No objections were filed by plaintiff or defendant.

The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

    1) engaging in criminal conduct resulting in a conviction for a drug

    offense in the United States District Court, Northern District of Ohio,

    Case No. 4:11cr00212, following defendant's arrest in Niles, Ohio.

The Court found the instant violation to be Grade A and defendant's Criminal History Category to be VI. After considering all factors in Sec. 3553 and the lengthy sentence of 188 months imposed in the underlying case, the Court remanded defendant to the Bureau of Prisons

for a term of 6 months with credit for time served on the instant violation. The sentence in this case shall be served consecutive to defendant's 188 month sentence in the underlying case - Case No. 4:11cr00212.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: January 27, 2012                      *s/ James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE